IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
JAN 29 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) DOCKET NO. 4:19-MJ- 13 |
| | ) (Misdemeanor) |
| AARON J. SPIESS | ) VA 19 |
| | ) |
| | ) Court Date: February 11, 2019 |
| | ) Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Ticket No. 7247018

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 15, 2018, at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, AARON J. SPIESS, did knowingly and unlawfully possess some quantity of marijuana, a controlled substance. (In violation of Title 21, United States Code, Section 844.)

G. ZACH TERWILLIGER
UNITED STATES ATTORNEY

By: _____
SOLOMON RHO
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-3031, ext 235
Fax: (757) 878-5289
Solomon.Rho.mil@mail.mil

## CERTIFICATE OF SERVICE

I certify that on 25 Jan , 2019, I served a true copy of the foregoing CRIMINAL INFORMATION on the defendant AARON J. SPIESS.

_____
SOLOMON RHO
Attorney for the Government
United States Attorney's Office
2732 Madison Avenue
Fort Eustis, Virginia 23604
Phone: (757) 878-3031, ext 235
Fax: (757) 878-5289
Solomon.Rho.mil@mail.mil